IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS R QUINONES BONILLA

XXX-XX-2878

Debtor(s)

CASE NO. 10-07041 BKT

Chapter 13

FILED & ENTERED ON 12/14/2010

## ORDER DISMISSING CASE

It appearing that debtors have failed to comply with this court's order of 12/01/2010 (see docket entry #13), it is now

ORDERED that the instant case be and it is hereby dismissed.

SO ORDERED.

San Juan, Puerto Rico, this 14 day of December, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

CC: All creditors